UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

   ROBIN AVIV,

        Plaintiff and Judgment-Creditor

        -against-

   CHRISTOPHER BRAINARD (judgment-debtor),
DONALD BRAINARD, PAUL BERGMAN, LMB
HOLDINGS LLC, FOUR SEASONS TOWER
LLC, CJB CAPITAL LLC (a Wyoming Limited
Liability Company), CJB CAPITAL LLC (a
Delaware Limited Liability Company), CB
FUNDING LLC, and JOHN DOE'S 1 THROUGH
10 (said John Doe defendants intended to identify
and refer to persons, firms and/or entities presently
unknown to plaintiff),

        Defendants

------------------------------------------------------------x

18-cv-5088 (PKC)

ORDER

CASTEL, U.S.D.J.

        Pursuant to this Court's October 11, 2018 Memorandum Opinion & Order (Doc No. 125), the sum of $90,238.50 was deposited into the Registry of this Court on October 22, 2018 and the funds given a "Receipt Number 465401221052" (the "Deposited Funds"). Portions of this case were subsequently remanded. (Doc No. 139)  After remand, the State Court issued an Order dated March 27, 2019 which, *inter alia*, directed that the Deposited Funds and any accrued interest thereon as permitted by law be released and paid to plaintiff herein in partial satisfaction of her judgments against the defendants herein. A Judgment of the State Court pursuant to that Order was entered by the Clerk of said Court on April 10, 2019.

        The Clerk of this Court is hereby directed to release from the Registry the $90,238.50 Deposited Funds (and any accrued interest thereon as permitted by law), and to remit such sum to and for the benefit of the plaintiff by delivering such sums payable to "Lawrence E. Tofel, as Attorney for Robin Aviv" at Lawrence E. Tofel P. C., 163 Washington Ave., Suite 5B, Brooklyn, New York 11205.

        SO ORDERED.

                                     _____
                                     United States District Judge

Dated: New York, New York
       April /_/ 2019